✎ AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.
Nancy Alexander

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:08-MJ-107A

I, Nancy Alexander, charged in a ☑ complaint ☐ petition pending in this District with _______________ in violation of Title 18, U.S.C., 1341 + 1028A(a)(1)+(c)(5) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

Nancy Alexander
*Defendant*

7/22/08
*Date*

Mary S. McElroy
*Counsel for Defendant*