1544220

RECEIVED
U.S. MARSHALS SERVICE
JUL 21 2008

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

NANCY ALEXANDER

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ107A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NANCY ALEXANDER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, deposited or caused to be deposited any matter or thing to be sent or delivered by a private or commercial interstate carrier and took and received therefrom, (Count 1), and committed aggravated identity theft, (Count 2)

in violation of Title 18 United States Code, Section(s) § 1341 and 1028A(a)(1)&(c)(5)

| | |
|---|---|
| LINCOLN D. ALMOND | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | July 21, 2008, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

REDACTED

This warrant was received and executed with the arrest of the above-named defendant at

Road Coventry RI 02816

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/22/08 | Brian S. Deck, special Agent | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.