**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 08MJ107A** |
| | ) | |
| **NANCY ALEXANDER** | ) | |

---

## MOTION TO MODIFY TERMS OF BAIL

Now comes Nancy Alexander, the Defendant in the above captioned matter, and moves to modify the terms of her bail. Specifically Ms. Alexander requests that she be permitted to travel to Alboquerque New Mexico for a few days for the purposes of visiting with her granddaughter. Ms. Alexander would be staying with her daughter-in-law, Hasina Alexander and her twelve year old granddaughter.

Because she needs to make flight arrangements after she has secured permission from the Court, Ms. Alexander does not know the exact dates of her travel. She would like permission to plan a trip for approximately four days sometime between the end of September and the beginning of November. Ms. Alexander would inform pretrial services of the exact dates of travel and comply with any other conditions that the Court deems appropriate. The United States, through Assistant United States Attorney Lee H. Vilker, indicates no objection to this motion.

Respectfully submitted
Nancy Alexander
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within Motion on Lee Vilker, AUSA and the United States Probation Office on the 5th day of September, 2008.

/s/ Mary S. McElroy